924

JANUARY 6, 1959.

No. 445. BERNSTEIN ET AL. *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Morrison Shafroth* and *Charles Rosenbaum* were on the stipulation for petitioners. With them on the petition was *Raymond R. Dickey. Solicitor General Rankin* for the United States.

JANUARY 9, 1959.

No. 432. FUGIANI *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Joseph S. Hertogs* for petitioner. *Solicitor General Rankin* for respondent.

JANUARY 12, 1959.*

No. 13, Original. NEW YORK *v.* NEW JERSEY ET AL. The motion for leave to file bill of complaint is denied. *Louis J. Lefkowitz,* Attorney General, *Paxton Blair,* Solicitor General, and *Ruth Kessler Toch,* Assistant Solicitor General, for the State of New York, plaintiff. *David D. Furman,* Attorney General, and *Charles J. Kehoe,* Deputy Attorney General, for the State of New Jersey, and *William S. Gaud* for the American Express Co., defendants.

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were filed with the Clerk on this day and were not announced.